```
                             United States Bankruptcy Court
                                  District of Arizona

In re:                                                            Case No. 18-05894-DPC
KENT LEONARD THOMAS                                               Chapter 7
       Debtor
                                CERTIFICATE OF NOTICE
District/off: 0970-3          User: admin              Page 1 of 2         Date Rcvd: Oct 04, 2018
                              Form ID: 318             Total Noticed: 35
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2018.
```
db             +KENT LEONARD THOMAS,    11673 E MANZANITA TRAIL,    DEWEY, AZ 86327-5810
15050379        Best Egg/Sst,    Attn: Bankruptcy,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
15050382        Central Loan Admin & R,    South Shore Bank,    PO Box 151,    Weymouth, MA 02188-0904
15050385        Citicorp Credit Services,    Attn: Centralized Bankruptcy,    PO Box 790040,
                 Saint Louis, MO 63179-0040
15050388        Damar Management Company,    2065 North Rd,    Sedona, AZ 86336-5487
15050392        Fnb Omaha,    PO Box 2557,    Omaha, NE 68103-2557
15050391       +Fnb Omaha,    Attn: Tina,    1620 Dodge St MSC 4440,    Omaha, NE 68197-0003
15050393        Healthcare Collections, LLC,     PO Box 42008,    Phoenix, AZ 85080-2008
15050395        MEDICAL SERVICES OF PRESCOTT, LTC,    PO BOX 740562,    LOS ANGELES, CA 90074-0562
15050397        OMNICARE OF SALT LAKE CITY,    PO BOX 713611,    CINCINNATI, OH 45271-3611
15050396        Omni Care Inc,    PO Box 713611,    Cincinnati, OH 45271-3611
15050398        Phillips & Cohen Associates, Ltd.,     1002 Justison St,    Wilmington, DE 19801-5148
15050399       +RECOVERY WAYS, BRUNSWICK CAMPUS,    4848 COMMERCE DRIVE,    MURRAY, UT 84107-4761
15050403        US Dept of Ed/Glelsi,    Attn: Bankruptcy,    2401 International Ln,    Madison, WI 53704-3121
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: FLJWARFIELD.COM Oct 05 2018 04:08:00      LAWRENCE J. WARFIELD,    P.O. BOX 3350,
                 CAREFREE, AZ 85377-3350
smg             EDI: AZDEPREV.COM Oct 05 2018 04:08:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
                 1600 W. MONROE, 7TH FL.,    PHOENIX, AZ 85007-2650
15050376        E-mail/Text: bankruptcy@aps.com Oct 05 2018 00:41:25      APS,    PO Box 2906,
                 Phoenix, AZ 85062-2906
15050375        EDI: AMEREXPR.COM Oct 05 2018 04:08:00      Amex,    Correspondence,    PO Box 981540,
                 El Paso, TX 79998-1540
15050380        EDI: BANKAMER.COM Oct 05 2018 04:08:00      Bk of Amer,    Attn: Bankruptcy,    PO Box 982238,
                 El Paso, TX 79998-2238
15050377        EDI: BANKAMER.COM Oct 05 2018 04:08:00      Bank of America,    Attn: Bankruptcy,    PO Box 982238,
                 El Paso, TX 79998-2238
15050378        EDI: TSYS2.COM Oct 05 2018 04:08:00      Barclays Bank Delaware,    Attn: Correspondence,
                 PO Box 8801,    Wilmington, DE 19899-8801
15050381        EDI: CAPITALONE.COM Oct 05 2018 04:08:00      Capital One,    Attn: Bankruptcy,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
15050383        EDI: CHASE.COM Oct 05 2018 04:08:00      Chase Card,    Correspondence Dept,    PO Box 15298,
                 Wilmington, DE 19850-5298
15050384        EDI: CHASE.COM Oct 05 2018 04:08:00      Chase Card Services,    Attn: Correspondence Dept,
                 PO Box 15298,    Wilmington, DE 19850-5298
15050386        EDI: WFNNB.COM Oct 05 2018 04:08:00      Comenitybank/victoria,    Attn: Bankruptcy Dept,
                 PO Box 182125,    Columbus, OH 43218-2125
15050387        E-mail/Text: cuwestbk@cuwest.org Oct 05 2018 00:41:37      Credit Union West,    PO Box 7600,
                 Glendale, AZ 85312-7600
15050389        E-mail/Text: electronicbkydocs@nelnet.net Oct 05 2018 00:41:29      Dept of Education/Nelnet,
                 Attn: Claims,    PO Box 82505,    Lincoln, NE 68501-2505
15050390        EDI: DISCOVER.COM Oct 05 2018 04:08:00      Discover Financial,    Attn: Bankruptcy,
                 PO Box 3025,    New Albany, OH 43054-3025
15050394        E-mail/Text: bk@lendingclub.com Oct 05 2018 00:41:59      Lending Club Corp,
                 71 Stevenson St Ste 300,    San Francisco, CA 94105-2985
15052296       +EDI: PRA.COM Oct 05 2018 04:08:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15050401        EDI: RMSC.COM Oct 05 2018 04:08:00      Syncb/Cabinets to Go,    Attn: Bankruptcy,
                 PO Box 965060,    Orlando, FL 32896-5060
15050400        EDI: RMSC.COM Oct 05 2018 04:08:00      Syncb/amazon,    Attn: Bankruptcy Dept,    PO Box 965060,
                 Orlando, FL 32896-5060
15050402        EDI: RMSC.COM Oct 05 2018 04:08:00      Syncb/jcp,    Attn: Bankruptcy Dept,    PO Box 965060,
                 Orlando, FL 32896-5060
15050404        EDI: USAA.COM Oct 05 2018 04:08:00      Usaa Savings Bank,    Attn: Bankruptcy,
                 10750 McDermott Fwy,    San Antonio, TX 78288-0002
15050405        E-mail/Text: nbordelon@yrmc.org Oct 05 2018 00:42:16      YAVAPAI REGIONAL MEDICAL CENTER,
                 P.O. BOX 10070,    PRESCOTT, AZ 86304-0070
                                                                                              TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2018 at the address(es) listed below:
              LAWRENCE 1  WARFIELD    on behalf of Trustee LAWRENCE J. WARFIELD info@phxbankruptcy.com,
               az24@ecfcbis.com,ajordan@trusteebk.com,lwarfield@trusteebk.com,rwarfield@trusteebk.com,
               ljw@trustesolutions.net
              LAWRENCE J. WARFIELD     info@phxbankruptcy.com,   az24@ecfcbis.com,ajordan@trusteebk.com,
               lwarfield@trusteebk.com,rwarfield@trusteebk.com,ljw@trustesolutions.net
              MONTE ALAN RICH    on behalf of Debtor KENT LEONARD THOMAS monterich@monterichlaw.com,
               G7995@notify.cincompass.com
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                            TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **KENT LEONARD THOMAS** | Social Security number or ITIN **xxx–xx–6398** |
| | First Name  Middle Name  Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN ____ |
| | | EIN __–_____ |
| United States Bankruptcy Court  **District of Arizona** | | |
| Case number: **3:18–bk–05894–DPC** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

KENT LEONARD THOMAS

10/4/18  **By the court:** Daniel P. Collins
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**